OPINION PER CURIAM: Decree affirmed. Having made an independent review of the entire record, we are of the opinion that the court below properly entered a decree in divorce in this case.

SPAETH, J., absent.

## West, et vir, Appellants, v. Nowalk, et ux., et al.

Argued April 17, 1975. *John W. Pollins, III*, with him *Hammer & Pollins*, for appellants; *Robert P. Boyer, Jr.*, for appellees.

Decree affirmed.

## White, et al., Appellants, v. Kebert Developers, Inc., et al.

opinion by THOMAS, J. Argued April 16, 1975. *John F. McGinty*, with him *Smiley and McGinty*, for appellants; *Bradley R. Krosnoff*, with him *Pepicelli and Pepicelli*, for appellees.

Order affirmed.

## White v. White, Appellant.

order by BROSKY, J. Argued April 15, 1975. *Michael E. Christiansen*, for appellant; *Thomas L. Cooper*, with him *George E. Schumacher*, and *Gilardi & Cooper*, for appellee.

OPINION PER CURIAM: Order affirmed. Having made an independent review of the entire record, we are of the opinion that the court below properly entered a decree in divorce in this case.